RECEIVED
IN LAKE CHARLES, LA
APR - 2 2014
TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| NKEMJIKA BONLIONEL IKE | CIVIL ACTION NO. 2:12-CV-543 |
| Plaintiff | |
| V. | SECTION P |
| J. ROBINSON, ET AL. | JUDGE MINALDI |
| Defendants | |
| | MAGISTRATE JUDGE KAY |

## ORDER

For the reasons stated in the Report and Recommendation [Doc. 7] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's complaint be and hereby is **DISMISSED** in accordance with the provisions of Federal Rule of Civil Procedure 41(b).

Lake Charles, Louisiana, this 31 day of March, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE